Rec'd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

2005 MAY 3  PM 1:57

GREGORY C. LANGHAM
CLERK

BY _____ DEP. CLK

Civil Action No. 04-cv-01649-EWN-CBS

MILTON E. WILLIS,

        Plaintiff,

v.

SEALY, INC., a North Carolina corporation,
JAMES BRONSON, individually and in his
official capacity, and JAVIER DOMINGUEZ, individually,

        Defendants.

## STIPULATION AND PROTECTIVE ORDER

Plaintiff and Defendant Sealy, Inc. ("Parties to the Litigation"), by and through their respective undersigned counsel, hereby stipulate and agree to this Protective Order.

1    This Protective Order shall apply to the production of documents contained in the personnel files of various of Sealy's employees and other documents so designated by the parties (hereinafter referred to as "Protected Materials"). Protected Materials will be marked "Confidential."

2.    Access to the Protected Materials shall be limited to the Parties to the Litigation, their attorneys of record, and their experts for use in the preparation or trial of the above-captioned civil action. Nothing in this Stipulation and Protective Order is intended, however, to limit the rights of Sealy to disseminate or disclose its own information or documents to others. Rather, the limitations imposed by this Protective Order apply to Plaintiff.

3. Neither the Parties to the Litigation nor their attorneys or experts shall disclose the Protected Materials to any person or entity except as provided in paragraph 4.

4. The contents of the Protected Materials subject to this Protective Order may be referred to and used in depositions, pleadings, briefs, or memoranda filed with the Court, and the Protected Materials may be made exhibits to such pleadings, briefs, memoranda or depositions. Nothing herein shall preclude any party from asking the Court to enter an order sealing a pleading, brief, or memorandum which refers to Protected Materials or any pleading, brief or memorandum to which any Protected Material is attached as an exhibit.

5. Nothing herein shall affect or inhibit the right of any party to offer into evidence at trial the information or documents protected herein, or to object to the admission into evidence of any such information or documents.

6. At the conclusion of this case, Plaintiff shall promptly return to Sealy's attorney all Protected Materials.

7. This Protective Order shall not apply to any information or document that is a matter of public record or in the public domain.

_Carrie Stockhoff_
Carrie D. Stockhoff

_Elizabeth S. McKelvey_
Elizabeth S. McKelvey

| | |
|---|---|
| Carrie D. Stockhoff<br>FISHER, SWEETBAUM, & LEVIN, P.C.<br>1331 17th Street, Suite 1000<br>Denver, CO 80202 | Natalie Hanlon-Leh<br>Elizabeth S. McKelvey<br>FAEGRE & BENSON LLP<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO 80203<br>Telephone: (303) 607-3500<br>Facsimile: (303) 607-3600<br><br>Catherine S. Ryan<br>Joseph P. Milcoff<br>REED SMITH LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219<br>Telephone: (412) 288-4226/4108<br>Facsimile: (412) 288-3063<br><br>ATTORNEYS FOR DEFENDANT,<br>SEALY, INC. |

IT IS SO ORDERED, this _____ day of _____, 2005.


_____
United States District Judge

cc: All Counsel Of Record

| | |
|---|---|
| _____ | _/s/ Liz McKelvey_____ |
| Carrie D. Stockhoff | Elizabeth S. McKelvey |

Carrie D. Stockhoff  
FISHER, SWEETBAUM, & LEVIN, P.C.  
1331 17th Street, Suite 1000  
Denver, CO 80202

Natalie Hanlon-Leh  
Elizabeth S. McKelvey  
FAEGRE & BENSON LLP  
3200 Wells Fargo Center  
1700 Lincoln Street  
Denver, CO 80203  
Telephone: (303) 607-3500  
Facsimile: (303) 607-3600

Catherine S. Ryan  
Joseph P. Milcoff  
REED SMITH LLP  
435 Sixth Avenue  
Pittsburgh, PA 15219  
Telephone: (412) 288-4226/4108  
Facsimile: (412) 288-3063

ATTORNEYS FOR DEFENDANT, SEALY, INC.

IT IS SO ORDERED, this 2 day of June, 2005.

_____
United States ~~District~~ Magistrate Judge

cc: ~~All Counsel Of Record~~

-3-