IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01649-EWN-CBS

MILTON E. WILLIS,

    Plaintiff,

v.

SEALY, INC.,

    Defendant.

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Pending before the court is parties Joint Motion to Cancel Preliminary Pretrial Conference (filed June 22, 2005). Based upon the unanimous agreement between the parties, the submission of a proposed Preliminary Pretrial Order, and good cause appearing therefore, it is hereby **ORDERED** that the motion is **GRANTED** and the preliminary pretrial conference set for July 7, 2005 is **VACATED**.

**DATED:**    July 5, 2005