IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01649–EWN–CBS

MILTON E. WILLIS,

    Plaintiff,

v.

SEALY, INC., a North Carolina corporation,
JAMES BRONSON, individually and in his official capacity, and
JAVIER DOMINGUEZ, individually,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the court on the "Joint Stipulation of Dismissal With Prejudice" filed August 11, 2005. The court having read the joint stipulation filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this  12th  day of August, 2005.

BY THE COURT:

s/Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge